IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
-Northern Division-

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, *et al.*, | * | |
| | * | |
| Plaintiffs, | | |
| v. | * | Civil Action No. 1:21-cv-00084 |
| BALTIMORE GAS AND ELECTRIC COMPANY, | * | |
| | * | |
| Defendant. | | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT STATUS REPORT**

Plaintiffs The Cincinnati Insurance Company as subrogee of Holland Properties Management, Inc. and Lakeside Columbia, LLC ("CIC"), Holland Properties Management, Inc. ("Holland"), and Lakeside Columbia, LLC ("Lakeside"), and Defendant Baltimore Gas and Electric Company ("BGE") (collectively referred to as the "Parties"), by and through their respective undersigned counsel, and pursuant to the Court's Scheduling Order dated February 26, 2021 (ECF 16), respectfully submit this Joint Status Report and state as follows:

1. The Parties are preparing to participate in a private mediation, to be held within the next two months. Accordingly, the Parties are not requesting an early settlement/ADR conference through the Court at this time.

2. The Parties jointly request that the initial Scheduling Order be modified as follows:

| | |
|---|---|
| October 31, 2021 | Fact discovery deadline |
| November 30, 2021 | Plaintiff's Rule 26(a)(2) disclosures |

| | |
|---|---|
| January 15, 2022 | Defendant's Rule 26(a)(2) disclosures |
| February 15, 2022 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| April 15, 2022 | Expert discovery deadline |
| May 16, 2022 | Dispositive pretrial motions deadline |

Attached to this Joint Status Report is a proposed scheduling order with these proposed new deadlines. Concluding fact discovery before engaging in expert discovery will allow the parties to conserve resources and streamline the issues.

3. The Parties do not consent to proceeding before a United States Magistrate Judge at this time.

4. The Parties have conferred about discovery of electronically stored information (ESI) and the Parties agree to hold off on the discovery of ESI until after the early mediation is completed.

WHEREFORE, the Parties respectfully submit this Joint Status Report and request that the Court enter the proposed amended Scheduling Order.

[*Signatures on the following page.*]

Dated: March 12, 2021 Respectfully Submitted,

/s/ Eric N. Stravitz*  /s/ Melissa O. Martinez

Eric N. Stravitz (Fed. Bar No. 23610) | Ava E. Lias-Booker (Fed. Bar No. 05022)
**STRAVITZ LAW FIRM, PC** | Melissa O. Martinez (Fed. Bar No. 28975)
4601 Presidents Drive, Suite 120 | Emily M. Patterson (Fed. Bar No. 19373)
Lanham, MD 20706 | **MCGUIREWOODS LLP**
Phone: (240) 467-5741 | 500 East Pratt Street, Suite 1000
Fax: (240) 467-5743 | Baltimore, Maryland 21202
eric@stravitzlawfirm.com | Phone: 410-659-4400
 | Fax: 410-659-4599
Jared Elster (*pro hac vice*) | alias-booker@mcguirewoods.com
Thomas Paolini (*pro hac vice*) | mmartinez@mcguirewoods.com
**LAW OFFICES OF ROBERT A. STUTMAN PC** | epatterson@mcguirewoods.com
20 East Taunton Road, Suite 403 |
Berlin, NJ 08009 | *Counsel for Defendant Baltimore Gas*
Phone: (856) 767-6800 | *and Electric Company*
Fax: (856) 767-6810 |
elsterj@stutmanlaw.com |
paolinit@stutmanlaw.com |

*Counsel for Plaintiff, The Cincinnati Insurance Company as subrogee of Holland Properties Management*

*Signed by Melissa O. Martinez with permission.

 /s/ John F. Dougherty*
John F. Dougherty (Fed. Bar No. 25369)
**KRAMON & GRAHAM, P.A.**
One South Street, Suite 2600
Baltimore, MD 21202
Phone: (410) 752-6030
Fax: (410) 361-8224
jdougherty@kg-law.com

*Counsel for Plaintiffs Holland Properties Management, Inc. and Lakeside Columbia, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of March, 2021, a true and correct copy of the foregoing Joint Status Report and Proposed Joint Modified Scheduling Order was filed and served via the Court's CM/ECF system on all counsel of record.

*/s/ Melissa O. Martinez*
Melissa O. Martinez