IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BALTIMORE GAS AND ELECTRIC COMPANY, <br><br> *Defendant*. | Civil Action No. 1:21-cv-00084-DKC |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiffs, The Cincinnati Insurance Company as subrogree of Holland Properties Management, Inc. and Lakeside Columbia, LLC, Holland Properties Management, Inc., and Lakeside Columbia, LLC ("Plaintiffs"), and Defendant Baltimore Gas and Electric Company ("BGE") (collectively, "the Parties"), by their respective undersigned counsel, hereby move to extend the deadlines in order to accommodate private mediation:

1. On March 12, 2021, the Court entered a Paperless Order approving the Parties' proposed revised schedule (ECF 19).

2. The amended schedule sets forth the following deadlines:

| Current Deadline | Event |
|---|---|
| October 31, 2021 | Fact Discovery deadline |
| November 30, 2021 | Plaintiff's Rule 26(a)(2) disclosures |
| January 15, 2022 | Defendant's Rule 26(a)(2) disclosures |
| February 15, 2022 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| April 15, 2022 | Expert discovery deadline |
| May 16, 2022 | Dispositive pretrial motions deadline |

3.  This case is scheduled for private mediation on July 22, 2021. While the parties have propounded written discovery requests upon one another, in light of the scheduled mediation, the parties seek to conserve resources and focus on good faith discussions without the pressure of impending case deadlines.

4.  Accordingly, the Parties seek an extension of the current deadlines.

5.  Under the proposed revised schedule, the following deadlines will be as follows:

| Current Deadline | Event | Proposed New Deadline |
|---|---|---|
| October 31, 2021 | Fact Discovery deadline | February 28, 2022 |
| November 30, 2021 | Plaintiff's Rule 26(a)(2) disclosures | March 30, 2022 |
| January 15, 2022 | Defendant's Rule 26(a)(2) disclosures | May 16, 2022 |
| February 15, 2022 | Plaintiff's rebuttal Rule 26(a)(2) disclosures | June 15, 2022 |
| April 15, 2022 | Expert discovery deadline | August 15, 2022 |
| May 16, 2022 | Dispositive pretrial motions deadline | September 13, 2022 |

6.  An extension of the deadlines will not prejudice any party and will serve the interest of judicial economy.

7.  This motion is made in good faith and not for any improper purpose.

WHEREFORE, for the reasons set forth above, the parties respectfully request that this Court enter an Order extending the deadlines as proposed above.

[*Signatures follow on the next page*]

Dated: June 10, 2021                                                            Respectfully Submitted,

/s/ _Eric N. Stravitz*_____                 /s/ Melissa O. Martinez_____
Eric N. Stravitz (Fed. Bar No. 23610)                       Ava E. Lias-Booker (Fed. Bar No. 05022)
**STRAVITZ LAW FIRM, PC**                                   Melissa O. Martinez (Fed. Bar No. 28975)
4601 Presidents Drive, Suite 120                            Emily M. Patterson (Fed. Bar No. 19373)
Lanham, MD 20706                                            **MCGUIREWOODS LLP**
Phone: (240) 467-5741                                       500 East Pratt Street, Suite 1000
Fax: (240) 467-5743                                         Baltimore, Maryland 21202
eric@stravitzlawfirm.com                                    Phone: 410-659-4400
                                                            Fax: 410-659-4599
Jared Elster (*pro hac vice*)                               alias-booker@mcguirewoods.com
Thomas Paolini (*pro hac vice*)                             mmartinez@mcguirewoods.com
**LAW OFFICES OF ROBERT A. STUTMAN PC**                     epatterson@mcguirewoods.com
20 East Taunton Road, Suite 403
Berlin, NJ 08009                                            ***Counsel for Defendant Baltimore Gas***
Phone: (856) 767-6800                                       ***and Electric Company***
Fax: (856) 767-6810
elsterj@stutmanlaw.com
paolinit@stutmanlaw.com

***Counsel for Plaintiff, The Cincinnati***
***Insurance Company as subrogee of***                      *Signed by Melissa O. Martinez with permission.
***Holland Properties Management***

 /s/ *John F. Dougherty*_____
John F. Dougherty (Fed. Bar No. 25369)
**KRAMON & GRAHAM, P.A.**
One South Street, Suite 2600
Baltimore, MD 21202
Phone: (410) 752-6030
Fax: (410) 361-8224
jdougherty@kg-law.com

***Counsel for Plaintiffs Holland Properties***
***Management, Inc. and Lakeside Columbia, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2021, a copy of the foregoing Joint Motion to Extend Deadlines and Proposed Order was electronically filed and served on all counsel of record via the Court's CM/ECF system.

                                                  */s/ Melissa O. Martinez*
                                                  Melissa O. Martinez