# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY a/s/o Holland Properties Management, Inc. and Lakeside Columbia, LLC, et al., | *<br>*<br> |
| Plaintiffs, | *   Civil Action No. 1:21-cv-00084 |
| v. | * |
| BALTIMORE GAS AND ELECTRIC COMPANY, | *<br>* |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)

Plaintiffs, The Cincinnati Insurance Company as subrogee of Holland Properties Management, Inc. and Lakeside Columbia, LLC ("CIC"), Holland Properties Management, Inc. ("Holland"), and Lakeside Columbia, LLC ("Lakeside") (collectively, "Plaintiffs") and Defendant Baltimore Gas and Electric Company ("BGE") (together, the "Parties"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that all claims in the above-captioned case be dismissed with prejudice, with all parties to bear their own fees and costs.

[*signatures on following page*]

19294/0/03771032.DOCXv1

Dated: September 24, 2021

*/s/ Eric N. Stravitz*
(with permission, after review)
Eric N. Stravitz (Fed. Bar No. 23610)
STRAVITZ LAW FIRM, PC
4601 Presidents Drive, Suite 120
Lanham, MD 20706
Telephone: (240) 467-5741
Facsimile: (240) 467-5743
eric@stravitzlawfirm.com

**Counsel for Plaintiff The Cincinnati Insurance Company a/s/o Holland Properties Management, Inc. and Lakeside Columbia, LLC, et al.**

Respectfully submitted,

*/s/ Melissa O. Martinez*
Ava E. Lias-Booker (Fed. Bar No. 05022)
Melissa O. Martinez (Fed. Bar No. 28975)
Emily M. Patterson (Fed. Bar No. 19373)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
(410) 659-4400
(410) 659-4599 Fax
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com
epatterson@mcguirewoods.com

**Counsel for Defendant Baltimore Gas and Electric Company**

*/s/ John F. Dougherty*
(with permission, after review)
John F. Dougherty (Bar No. 25369)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030 (phone)
(410) 539-1239 (facsimile)
jdougherty@kg-law.com

**Counsel for Holland Properties Management, Inc. and Lakeside Columbia, LLC**